NATHAN SCHLUSSEL, an Infant, by MAX SCHLUSSEL, His Guardian ad Litem, and MAX SCHLUSSEL, Respondents, v. EDITH KANALEY, Appellant, and Others, Defendants.— Order denying appellant's motion to examine the infant plaintiff before trial with respect to the issues alleged in the counterclaim, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs, the examination to proceed at Special Term, Part II, Supreme Court, Kings County, on five days' notice. The appellant was not present at the scene of the collision, and the plaintiffs' bill of particulars seems to indicate that the contact between the automobile and the bicycle was at a point on the right side of the automobile. Under the circumstances, the court is of the opinion that sufficient has been shown to entitle appellant to an examination on the matters alleged in her counterclaim. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

THEA WOLF, Respondent, v. CHARLES WOLF, Appellant.— Appeal from order granting plaintiff's motion to modify a separation decree so as to require payment to plaintiff by defendant of six dollars a week alimony. Order affirmed, without costs. The order was made on what purported to be a reargument of a prior motion but which in fact was a renewed motion made on additional papers. The rules relating to a reargument are not controlling. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

## (April 10, 1940.)

In the Matter of the Presentment by the Grand Jury for the Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct, Fraud, Deceit, Crime and Misdemeanor, and Conduct Prejudicial to the Administration of Justice against FRANCIS A. MADDEN, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

## (April 15, 1940.)

ESTHER ANDREWS, as Administratrix, etc., of AGESILAS PETRIDES, Also Known as AGESILAS HASIRTJOGLON, Deceased, Respondent, v. THE ROOSEVELT HOSPITAL, Appellant, and Another, Defendant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of MARY ALBERTI, Respondent, v. HARRY SONSKY, Appellant.— Motion for leave to appeal as a poor person granted under sections 198-a and 558 of the Civil Practice Act, subject to compliance therewith. In so far as appellant seeks relief under section 1493 of the Civil Practice Act, the motion is denied. Section 1493, so far as it relates to stenographic minutes, may not be invoked in this court. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.